IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

BRENDA KINNAMAN and
STEPHEN BROWN

PLAINTIFFS

V.

NO. *4:14-cv-310 JLH*

WHITNEY TURK, PACKS
DISCOUNT LUMBER, INC. and
ALLMERICA FINANCIAL BENEFIT
INSURANCE COMPANY, A member of Hanover
Insurance Group

DEFENDANTS

## COMPLAINT

This case assigned to District Judge *Holmes*
and to Magistrate Judge *Ray*

Plaintiffs, for their Complaint, state:

1.      Plaintiffs are citizens and residents of Florida.

2.      Defendant Whitney Turk is a citizen and resident of Little Rock, Arkansas.

3.      Defendant Packs Discount Lumber, Inc is a corporation organized under the laws

of the State of Arkansas with its principal place of business in Arkansas. Defendant Allmerica

Financial Benefit Insurance Company, a member of Hanover Insurance Group is a corporation

organized in a state other than Arkansas or Florida with its principal place of business in a state

other than Arkansas or Florida.

4.      The amount in controversy, exclusive of interest and costs, exceeds $75,000.00

for each plaintiff.

5.      On information and belief, at the time of the accident set forth below, defendant

Whitney Turk was an employee of defendant Packs Discount Lumber, Inc and was acting in the

-1-

course and scope of her employment.

6.      On June 27, 2011, both plaintiffs were passengers in a vehicle driven by Anne Woker. The Woker vehicle was traveling north on Taylor Loop Road in Little Rock, Arkansas. The vehicle driven by defendant Turk was, at the same time, traveling west on Shepard Street in Little Rock, Arkansas where Shepard Street intersects Taylor Loop Road.  Defendant Turk failed to yield at a stop sign causing a collision between the vehicles.

6.      Defendant Turk was negligent in failing to obey a traffic control device (a stop sign), failing to keep a proper lookout, traveling too fast for existing conditions, and otherwise failing to exercise ordinary care.

7.      As a proximate result of the negligence of defendant Turk, both plaintiffs have incurred medical expenses and will continue to do so in the future, have lost wages and will continue to lose wages in the future, have suffered pain and mental anguish and will continue to do so in the future, have required help in their home, have scars and disfigurement, and have sustained a permanent disability.

8.      On information and belief, the liability insurance limits of Turk and Packs Discount Lumber, Inc is insufficient to fully compensate plaintiffs for their injuries.

9.      At the time of the accident set forth above, Anne Woker had an insurance policy with defendant Allmerica Financial Benefit Insurance Company, a member of the Hanover Insurance Group.   The policy number was A2T 3835823.   That insurance policy provided under insured motorist coverage in the amount of $100,000.00 each person, $300,000.00 each accident.

10.      On information and belief, the insurance limits of the tortfeasor is insufficient to fully compensate plaintiffs for their injuries.   Therefore, defendant Allmerica Financial Benefit

-2-

Insurance Company, a member of the Hanover Insurance Group, is responsible for all damages sustained by plaintiffs in excess of the tortfeasor's liability limits up to $100,000.00 for each plaintiff.

11.    PLAINTIFFS DEMAND A TRIAL BY JURY.

WHEREFORE, Plaintiffs pray judgment against defendants Whitney Turk and Packs Discount Lumber, Inc in an amount in excess of $75,000.00 for each plaintiff, and pray judgment against Defendant Allmerica Financial Benefit Insurance Company, a member of the Hanover Insurance Group, in an amount up to $100,000.00 for each plaintiff, for their costs and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, Arkansas 72201
(501) 372-0080

By: _____

-3-